**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: STEPHEN W. DUKES        :   No. 73 WM 2016
                                 :
                                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2016, the Petition for Review is **GRANTED**. Petitioner is granted certified legal intern status. *See* Pa.B.A.R. 321. His certification expires upon the announcement of the results of the August 2016 Multistate Professional Responsibility Examination.

     Justice Mundy did not participate in the consideration or decision of this matter.